IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 04 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:15cr57HTW-FKB

AARRON CHARLES HARRIS  18 U.S.C. § 922(g)(1)

**The Grand Jury Charges:**

On or about July 4, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **AARRON CHARLES HARRIS**, having been convicted previously of a felony, that is, a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting commerce, a firearm, in violation of Sections 922(g)(1) and 924(a)(2), Title 18, United States Code.

NOTICE OF FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense.

The grand jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offense alleged in this Indictment:

    a) One (1) Glock, Model 30, .45 auto pistol, serial number CDM116;

    b) One (1) Kel-Tec, model PLR-16, 5.56mm caliber pistol;

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or

sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 924(d)(1), Title 18, United States Code.

*[signature]*
GREGORY K. DAVIS
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 4th day of August, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE